Mohamad **CHAHROUR**, Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee.

No. 4D15–2959

District Court of Appeal of Florida, Fourth District.

[January 11, 2017]

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Adam G. Schwartz of Akerman LLP, West Palm Beach, for appellee.

Per Curiam.

*Affirmed. See Bolous v. U.S. Bank Nat'l Ass'n*, No. 4D15–2608, 210 So.3d 691, 2016 WL 6476320 (Fla. 4th DCA Nov. 2, 2016).

Damoorgian, Gerber and Forst, JJ., concur.